**Below is the Order of the Court.**

_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | ) | NO:14-46751 |
| | ) | |
| Nicholas Francisco Hernandez , | ) | |
| | ) | ORDER ON MOTION TO CONFIRM |
| Debtors. | ) | AMENDED CHAPTER 13 PLAN |
| _____ | ) | DATED FEBRUARY 18, 2015 |

THIS MATTER having come before the Court on the Debtor's motion to confirm amended chapter 13 plan dated February 18, 2015, proper notice having been given, the Court having examined the files and records herein and having considered oral argument, if any, it is hereby

ORDERED that the amended plan filed on February 18, 2015, is hereby approved; and

ORDERED that the Chapter 13 Trustee may enter his recommendation for confirmation of the debtor's amended plan.

///End of Order///

Presented by:

/s/ Maria S. Stirbis
Maria S. Stirbis, WSBA #26048
Attorney for Debtor